

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00561-CV

**IN RE L.E.A. AND A.G.A., CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02472
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due to be filed on October 1, 2018. By order dated September 28, 2018, appellant's first motion for extension of time was granted, extending the deadline to file the brief to October 22, 2018. On October 22, 2018, appellant filed a second motion for extension of time requesting an additional fifteen-day extension to November 6, 2018. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. Appellant's brief must be filed no later than November 6, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court